United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN D. MENDAROS, *et al.*, | No. C-13-05396 DMR |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | |
| Defendant. | |

    Defendant JPMorgan Chase Bank has filed a motion to dismiss. [Docket No. 7.] Currently, the motion is set for a court hearing on February 13, 2014. Plaintiffs Edwin D. Mendaros and Maritess T. Mendaros is pursuing this action without legal representation. According to the local Court rules, Plaintiffs should have filed any brief in opposition to Defendant's motion by December 27, 2013. *See* N.D. Cal. Civ. L.R. 7-3. The court has received no such opposition.

    The court ORDERS <u>Plaintiffs to respond by **January 15, 2014** and explain their failure to respond to the motion. In addition, Plaintiffs must simultaneously (1) submit their opposition(s) to the court or (2) file a statement of non-opposition to the motion.</u> This order to show cause does not indicate that the court will necessarily accept Plaintiffs' late submission. If Plaintiffs do not respond by January 15, 2014, Defendant's motion may be granted.

The court further ORDERS that Defendant shall file a reply, if any, to Plaintiffs' opposition no later than January 24, 2014.

IT IS SO ORDERED.

Dated:  January 3, 2014



_____
DONNA M. RYU
United States Magistrate Judge